PROB 12A
(Rev. 5/2011)

# United States District Court
for
Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: Charles McCord                                  Case Number: 3:07-00212-01

Name of Sentencing Judicial Officer: Honorable Aleta A. Trauger, U.S. District Judge

Date of Original Sentence: September 5, 2008

Date of Revocation Sentence: February 27, 2012

Original Offense: Felon in Possession of a Firearm 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924

Original Sentence: 37 months' custody; followed by 3 years' supervised release

Revocation Sentence: 90 days' custody; continued on 3 years' supervised release

Type of Supervision: Supervised Release                Date Supervision Commenced: May 12, 2011

                                                                              Date Supervision Recommenced: June 7, 2012

Assistant U.S. Attorney: Clay Lee                      Defense Attorney: David Baker

---

The Court orders:

    ☒ No Action Necessary at this Time
    ☐ Submit a Request for Modifying the Condition or Term of Supervision
    ☐ Submit a Request for Warrant or Summons
    ☐ Other

Considered this 8th day of May, 2014,
and made a part of the records in the above case.

Aleta A. Trauger
U.S. District Judge

I declare under penalty of perjury that the
foregoing is true and correct.
Respectfully submitted,

Lisa L. House
U.S. Probation Officer

Place           Clarksville, TN

Date            May 6, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **The defendant shall not commit another federal, state, or local crime.** |

Charles McCord was arrested on May 2, 2014, in Nashville, Tennessee, for Leaving the Scene of a Property Damage Accident, No Driver's License, and Failure to File a Written Report. Mr. McCord is scheduled to appear in Davidson County General Sessions Court for settlement on June 2, 2014.

According to the Affidavit for the offense of Leaving the Scene of a Property Damage Accident on May 1, 2014, in Davidson County, Tennessee, Charles McCord was driving a motor vehicle that caused a property damage accident. It was determined that he ran through a stop sign and struck another vehicle. Before officers could report to the scene, Charles McCord fled. Mr. McCord tried to turn himself in at the North Precinct but was not successful. An officer at the North Precinct took a written statement from Mr. McCord stating that he fled from the accident scene.

According to the Affidavit for the offense of No Driver's License, on or about May 1, 2014, in Davidson County, Tennessee, Charles McCord was driving a vehicle that was involved in a traffic accident. It was determined through state records that Mr. McCord is unlicensed.

According to the Affidavit for the offense of Failure to File a Written Report, on or about May 1, 2014, in Davidson County, Tennessee, Charles McCord fled the scene of a traffic accident without reporting it to the police. The amount of damage was at least several thousand dollars.

## Compliance with Supervision Conditions and Prior Interventions:

Charles McCord began the term of supervised release on May 12, 2011. Mr. McCord tested positive for the use of controlled substances and failed to participate in drug testing and treatment as directed in 2011. These violations were reported to the Court in violation petitions dated September 21, 2011; October 5, 2011; and January 19, 2012. The term of supervised release was revoked on February 27, 2012, and Mr. McCord was ordered to serve a 90 day custody sentence to be followed by the remaining term of supervised release. Mr. McCord was returned to supervision on June 7, 2012. Following his return to supervision, Mr. McCord did not experience any other issues with substance abuse, and participated in substance abuse and mental health treatment at Centerstone.

Mr. McCord reported to the probation officer that he was involved in an accident on May 1, 2014. He stated that he left the scene because he was afraid he would be arrested if he waited for the police to arrive. Mr. McCord realized that he should have remained at the scene and stated that he would turn himself in to the police. Mr. McCord turned himself in and was arrested on May 2, 2014, for Leaving the Scene of a Property Damage Accident, No Driver's License, and Failure to File a Written Report.

Mr. McCord reports employment at Church's Chicken and resides with his wife and children in Nashville, Tennessee.

### U.S. Probation Officer Recommendation:

The U.S. Probation Office recommends that no action be taken regarding these matters and that Mr. McCord be allowed to terminate supervision as originally ordered on May 11, 2014.

This case has been discussed with Assistant U.S. Attorney Clay Lee, who agrees with the probation officer's current recommendation.

Approved: _____
Vidette Putman
Supervisory U.S. Probation Officer